Petition for Writ of
Mandamus Dismissed as Moot and Memorandum Opinion filed May 27, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00076-CR

____________

 

IN RE JERROD DUANYA FERGUSON AKA JERRY FULLER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

MEMORANDUM
OPINION

On
January 26, 2010, Relator, Jerrod Duanya Ferguson aka Jerry Fuller, filed a
petition for writ of mandamus in this court.  See Tex. Gov’t Code Ann '22.221 (Vernon 2004); see  also Tex. R. App. P. 52.1.  The petition asks this court to order the
respondent, the court reporter of the 23rd District Court of Brazoria County,
Texas, to provide him a free reporter’s record.

On May
21, 2010, the reporter’s record was filed with this court without cost to
relator.

Accordingly,
the petition for writ of mandamus is ordered dismissed as moot.

PER CURIAM

 

Panel consists of Justices Yates,
Seymore, and Brown. 

Do Not Publish—Tex. R. App. P. 47.2(b).